31 of the General Rules of Practice. All concurred, except Spring, J., who dissented upon the authority of *Ellensohn* v. *Keyes* (6 App. Div. 601).

William M. Dolphin, Respondent, v. Charles Swanson, Appellant.— Judgment and order affirmed, with costs. All concurred.

Louise Horstkotter, Respondent, v. Syracuse and Suburban Railroad Company, Appellant.— Judgment and order of County Court affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

Jeremiah Haak, Respondent, v. Buffalo, Rochester and Pittsburgh Railway Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, without costs. All concurred.

James J. Coughlin, Respondent, v. Jacob D. Scott, Appellant.— Judgment and order affirmed, with costs. All concurred.

Hiram Swezey, Respondent, v. The Village of Batavia, Appellant.— Motion for leave to go to the Court of Appeals granted. Order to be settled and questions certified before Mr. Justice Robson on two days' notice.

Elizabeth Frisbee, Appellant, v. The Village of Port Byron, Respondent.— Order of affirmance previously entered herein (*ante*, p. 927) amended by adding thereto, "with leave to plaintiff to elect to accept the amount of the verdict as reduced and as provided in the order appealed from," said election to be made within ten days, but upon condition that the plaintiff within ten days after the entry of this order shall deliver to the defendant a stipulation permitting the defendant to appeal from the order denying his* motion for a new trial and from the judgment entered herein, if any, and shall pay to the defendant ten dollars costs of this motion.

*\* Sic.*